USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                          :
UNITED STATES OF AMERICA             **ORDER**
                                          :
      - v. -                        09 Cr. 340 (PGG)
                                          :
BERNARDO SABINO,
                                          :
               Defendant.     :
- - - - - - - - - - - - - - - - - - - -x

        WHEREAS, an application has been made by the United States of America for the unsealing and docketing of the filings in this case, including transcript of the defendant's guilty plea and the plea agreement;

        WHEREAS, the Court finds that, to comply with its pre-trial discovery obligations, the Government produced the above-referenced documents to the trial defendants in <u>United States</u> v. <u>Jose Peña</u>, et al., S4 09 Cr. 341 (VM);

        WHEREAS, the Court further finds that, because the production of these documents publicly disclosed defendant BERNARDO SABINO's cooperation with the Government, and because BERNARDO SABINO testified at trial in <u>United States</u> v. <u>Jose Peña</u>, et al., S4 09 Cr. 341 (VM), there is no reason for the filings in this case to remain un-docketed and under seal;

        WHEREAS, the Court further finds that, because BERNARDO SABINO is ready to be scheduled for sentencing;

IT IS HEREBY ORDERED that all of the filings in this case, including the transcript of the defendant's guilty plea and the plea agreement between the defendant and the Government, shall be unsealed and docketed.

SO ORDERED:

Dated:   New York, New York
         February 10, 2014

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK